IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:02CR77 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALVIN LUCAS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant Alvin Lucas is hereby released on his previous conditions of supervised released. The defendant Alvin Lucas is ordered to surrender to the U.S. Marshal on or before noon on Friday, November 18, 2005, for service of the sentence imposed on this date.

DATED this 15th day of November, 2005.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge